# Court of Appeals
# of the State of Georgia

ATLANTA, March 26, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0038.  EGBERT PERRY AND INTEGRAL DEVELOPMENT, LLC v. PAUL HASTINGS, LLP et al.**

Pursuant to Court of Appeals Rules 16 (a) and 40 (b), Egbert Perry and Integral Development, LLC's motion to extend time to file notice of appeal is hereby granted. They shall have until April 26, 2021, to file a notice of appeal in the trial court.



*Court of Appeals of the State of Georgia*
 *C l e r k ' s  O f f i c e ,*
*Atlanta, 03/26/2021*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*